UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRED A. WHITAKER,

    Plaintiff,

  v.

MICHAEL J. ASTRUE,

    Defendant.

Case No. 09-mc-80277-SI

**ORDER RE FILING OF COMPLAINT**

Due to the Court's inadvertence, this case was not opened as previously ordered. However, in the interim Mr. Whitaker has filed several other cases, and it is not clear whether the issues he raises in this case have been addressed in the other cases he filed and/or whether he still wishes to proceed with this case.

Mr. Whitaker is therefore **ORDERED to inform the Court, in writing to be filed no later than January 26, 2015, whether he wishes to proceed with this action**.  If the Court is informed that Mr. Whitaker does wish to proceed with this action, then the Court will consider and rule on the motion for leave to proceed *in forma pauperis*.  If the Court is not informed that Mr. Whitaker wishes to proceed with this action, it will be closed.

**IT IS SO ORDERED**.

Dated: January 12, 2015

_____
SUSAN ILLSTON
United States District Judge