UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED A. WHITAKER,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br><br>    Defendant. | Case No.  09-mc-80277-SI<br><br>**ORDER REOPENING CASE** |

    Plaintiff has responded to the Court's order re: filing of complaint and indicated his desire to proceed with this action. The case will be reopened.

    Plaintiff's motion to proceed *in forma pauperis* was filed in November 2009. Docket No. 3. If Plaintiff wishes to proceed *in forma pauperis*, he must file with the Court an updated application. If plaintiff's application to proceed *in forma pauperis* is granted, the Court will order service.

    **Plaintiff's updated application to proceed *in forma pauperis* must be filed no later than February 16, 2015**.

    **IT IS SO ORDERED**.

Dated: February 2, 2015

_____
SUSAN ILLSTON
United States District Judge